# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Comcast Cable Communications LLC

                         Plaintiff,

v.                                      Case No.: 1:11−cv−05284

                                      Honorable Ruben Castillo

DIRECTV Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2011:

      MINUTE entry before Honorable Ruben Castillo: Motion hearing held on 8/5/2011. Plaintiff's reply to its motion for temporary restraining order [10] is due by 12:00 p.m. on 8/8/2011. The Court will hold a hearing on 8/9/2011 at 11:30 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.