UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 CV 05284 |
| | ) | |
| v. | ) | The Honorable Ruben Castillo |
| | ) | |
| DIRECTV INC., | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT DIRECTV, INC.'S NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

**PLEASE TAKE NOTICE** that on Tuesday, August 16, 2011 at 9:45 a.m., or as soon thereafter as this matter may be heard, Defendant DIRECTV, Inc. will bring before the Honorable Ruben Castillo its **Motion for Leave to Appear Pro Hac Vice for Robyn E. Bladow.**

Dated: August 8, 2011                    Respectfully submitted,

/s/ Robyn E. Bladow
Melissa D. Ingalls (*pro hac vice* pending)
Robyn E. Bladow (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Mark A. Pals, P.C.
Paul R. Garcia, P.C.
Tom M. Monagan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant DIRECTV, Inc.*