**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Comcast Cable Communications LLC

                                          Plaintiff,

v.                                                                Case No.: 1:11−cv−05284
                                                                        Honorable Ruben Castillo

DIRECTV Inc

                                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, August 19, 2011:

       MINUTE entry before Honorable Jeffrey T. Gilbert: Settlement conference held. The parties reached a settlement. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Referral terminated. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.