**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Comcast Cable Communications LLC

                              Plaintiff,

v.                                                      Case No.: 1:11−cv−05284
                                                     Honorable Ruben Castillo

DIRECTV Inc

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 19, 2011:

      MINUTE entry before Honorable Ruben Castillo:Magistrate Judge Gilbert notified this Court that the parties have settled. The Court commends the parties and Magistrate Judge Gilbert for their hard work in resolving this matter. The Court will dismiss this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. Defendant's motion for extension of time [46], Defendant's motion to compel [48], and Plaintiff39;s motion for preliminary injunction [10] are denied without prejudice as moot. Motion hearing set for 8/23/2011, status hearing set for 8/25/2011 and preliminary injunction hearing set for 8/29/2011 are all vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.